IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 JAN -5  A 9: 46

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. KEVIN D. COSENS,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>COVENANT HEALTH SYSTEM f/k/a/ )<br>and d/b/a METHODIST HOSPITAL,  )<br>)<br>Defendant.  ) | No. Civ. 3:03cv00570 (PCD) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), the parties to this civil action hereby stipulate that all claims and allegations contained in this civil action, including without limitation the allegations and claims in the Complaint of the United States of America Upon Intervention, are (i) dismissed with prejudice as to Relator, Kevin D. Cosens, and (ii) dismissed with prejudice as to the United States for claims and allegations released in the Settlement Agreement between the United States and the defendant and without prejudice as to the United States only for all other claims and allegations.

For COVENANT HEALTH SYSTEM
f/k/a/ and d/b/a METHODIST HOSPITAL

_____     Dec. 7, 2004
Gary W. Eiland                       Date
B. Scott McBride
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, Texas 77002-6760

For the UNITED STATES OF AMERICA

_____
Gordon A. Jones
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044

_January 3, 2005_
Date

For Relator KEVIN D. COSENS

_____
Donald R. Warren
110 Juniper Street
San Diego, California 92101

_11-12-04_
Date

2

## CERTIFICATION OF SERVICE

  This is to certify that a true and correct copy of the Stipulation of Dismissal With Prejudice was served by First Class Mail, postage prepaid, this 4th day of January, 2005, on each of the counsel listed on the attached service list.

_____<br>Gordon A. Jones